**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | |
|---|---|
| PHOENIX TRANS, INC. AND ATLANTIC TRANS, INC., | : No. 465 EAL 2014 |
| | : |
| | : Petition for Allowance of Appeal from the |
| Petitioners | : Order of the Superior Court |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| JERENE COLEMAN, | : |
| | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 28th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.